**Dismissed and Memorandum Opinion filed October 15, 2013**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00549-CR

---

**JOSEPH WAYNE PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 68941**

---

## M E M O R A N D U M   O P I N I O N

A jury convicted appellant of assault. On May 8, 2013, the trial court sentenced appellant to confinement for 270 days in the Brazoria County Jail. Appellant filed a notice of appeal on May 8, 2013.

On September 19, 2013, this court ordered a hearing to determine why appellant's counsel had not filed a brief in this appeal. The trial court conducted the hearing and the record of the hearing was filed in this court October 4, 2013.

At the hearing, appellant confirmed that he did not desire to prosecute his appeal. Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the testimony at the hearing that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b).